| | |
|---|---|
| 1 | TURNER, AUBERT & FRIEDMAN |
| 2 | STEVEN A. MORRIS, SBN 126193 |
|   | JOHN M. DEER, SBN 164837 |
| 3 | 8383 Wilshire Blvd., Suite 510 |
|   | Beverly Hills, CA 90211 |
| 4 | Telephone:  (323) 653-3900 |
| 5 | Facsimile:   (323) 653-2021 |
|   | Email: morris@taflaw.net; jdeer@taflaw.net |
| 6 | |
| 7 | LAW OFFICE OF SASSOON SALES |
|   | SASSOON SALES, SBN 59958 |
| 8 | 16060 Ventura Blvd., Ste. 110 |
|   | Encino, CA 91436 |
| 9 | Telephone:  (818) 728-6658 |
|   | Facsimile:   (818) 817-7617 |
| 10 | Email: s@sassoonlaw.com |
| 11 | |
|    | Attorneys for Plaintiffs, |
| 12 | CGL, INC.; CHARLES GARAVITT; DANA GARAVITT |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF California

| | | |
|---|---|---|
| CGL, INC., a California corporation, et al., | ) | CASE NO.:  8:14-CV00927-JLS-DFM |
| | ) | |
| Plaintiffs, | ) | PLAINTIFFS' EX-PARTE APPLICATION FOR LEAVE TO FILE (1) ADDITIONAL EXHIBIT (EXHIBIT 388); (2) DECLARATION RELATING THERETO IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT THEREOF |
| vs. | ) | |
| ONEBEACON AMERICA INSURANCE COMPANY, | ) | |
| Defendant. | ) | Judge: Hon. Josephine L. Staton |

1

**APPLICATION**

Plaintiff, CGL, Inc., hereby makes this Ex-Parte Application for leave to file (1) one additional exhibit (exhibit388); (2) declaration limited to authentication and explanation of said exhibit, in opposition to defendant's Motion for Summary Judgment.

**OPPOSING COUNSEL**

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
JOHN T. BROOKS
jbrooks@sheppardmullin.com
R. RANDAL CRISPEN
rcrispen@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: (619) 338-6500
Facsimile: (619) 234-3815

**REASONS FOR SEEKING EX-PARTE ORDER**

The declaration of plaintiff's counsel, Sassoon Sales, in support of this Application explains the events resulting in this Application and the reasons for it.

Since defendant's Reply is due to be filed by August 28, 2015 and since the hearing on the motion is set for September 11, 2015, there is insufficient time for this application to be made as a noticed motion.

**POINTS AND AUTHORITIES**

F.R.C.P., Rule 56 (e) (1) provides that if a party fails to properly address another party's assertion of fact, the Court may: "(1) give an opportunity to properly support or address the fact;"

Plaintiff's counsel only substituted into this case on June 1, 2015. Therefore, they were unaware that, at his examination under oath in November, 2013, the warehouseman, Ron Van Heel, had testified that CGL's move from Cerritos to Fontana occurred in 2013. When Mr. Van Heel testified in similar fashion at his deposition on July 27, 2015, plaintiff's counsel was not alerted to the error of this testimony. Plaintiff's counsel were aware that this issue was confused because Mr.

1  Van Heel had also testified that he discarded his computer when it crashed while
2  CGL was in Cerritos.  Mr. Van Heel also testified that his computer was discarded
3  before he was ever asked to retain it.
4      The confusion only got cleared when, at a meeting between Mr. and Mrs.
5  Garavitt and plaintiff's counsel, Mr. Garavitt mentioned that CGL stayed in Cerritos
6  for only a few months because of there being no electricity and their having to use
7  two generators at the end of the day.  Thereafter, digging up of the first rent
8  payment in Fontana disclosed that Mr. Van Heel's testimony at his examination
9  under oath and at his deposition was erroneous.
10     The issue involved herein is not just a minor evidentiary fact, but one of
11 ultimate fact, since defendant is claiming that failure to retain the computer
12 violated the insurance policy entitling defendant to a Judgment.
13     Therefore, since this exhibit puts to rest this issue, in the interest of justice it
14 is requested that the exhibit (Exhibit 388) be permitted to be filed, together with
15 Mr. Garavitt's short declaration authenticating it.
16
17 DATED: August 27, 2015          Respectfully submitted,
18                                  LAW OFFICE OF SASSOON SALES
19
20                                  By:  /s/ Sassoon Sales
21                                       SASSOON SALES
                                         Attorney for Plaintiffs, CGL, Inc., et al.