TURNER, AUBERT & FRIEDMAN
STEVEN A. MORRIS, SBN 126193
JOHN M. DEER, SBN 164837
8383 Wilshire Blvd., Suite 510
Beverly Hills, CA 90211
Telephone: (323) 653-3900
Facsimile: (323) 653-2021
Email: morris@taflaw.net; jdeer@taflaw.net

LAW OFFICE OF SASSOON SALES
SASSOON SALES, SBN 59958
16060 Ventura Blvd., Ste. 110
Encino, CA 91436
Telephone: (818) 728-6658
Facsimile: (818) 817-7617
Email: s@sassoonlaw.com

Attorneys for Plaintiffs,
CGL, INC.; CHARLES GARAVITT; DANA GARAVITT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF California

| | |
|---|---|
| CGL, INC., a California corporation, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ONEBEACON AMERICA INSURANCE COMPANY, <br><br> Defendant. | CASE NO.: 8:14-CV00927-JLS-DFM <br><br> DECLARATION OF CHARLES GARAVITT IN SUPPORT OF EX-PARTE APPLICATION TO FILE ADDITIONAL EXHIBIT (EXHIBIT 388) <br><br> Judge: Hon. Josephine L. Staton |

1

## DECLARATION OF CHARLES A. GARAVITT

I, Charles A. Garavitt, declare as follows:

1. I am the president and sole shareholder of CGL, Inc.

2. Simultaneously filed with plaintiff's Application is what would be plaintiff's Exhibit 388 in opposition to defendant's Motion for Summary Judgment.

3. Exhibit 388 confirms that CGL, Inc. vacated the Cerritos warehouse and began occupying a warehouse in Fontana from July 1, 2012. CGL's warehouseman, Ron Van Heel, was incorrect when he testified that the move from Cerritos to Fontana occurred in 2013.

4. The first page of Exhibit 388 is a copy of check number 1465. The handwriting on the check (and the copy) is my handwriting. Page two of Exhibit 388 is the bank statement from U.S. Bank showing that check number 1465 cleared the bank on July 5, 2012. Page 3 of Exhibit 388 is an invoice we received from the landlord in Fontana, Enix Logistics, Inc., for the month of July, 2012.

5. The above facts are personally known to me and, if called as a witness, I would testify in conformity thereto.

I declare under penalty of perjury that the above is true and correct and that this declaration is executed on 8/27/15 at Riverside, California.

By: _____
CHARLES A. GARAVITT